UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. STEWART,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>STANLEY L. SNIFF, et al.,  )<br>  )<br>  Defendants.  )<br>_____) | CASE NO. CV 13-1153(PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted in part and denied in part. Plaintiff is to file a Second Amended Complaint as to her surviving claims within thirty days of this order.

DATED: August 5, 2014

                                    /s/ Beverly Reid O'Connell
                                    _____
                                    BEVERLY REID O'CONNELL
                                    UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Order accepting RR.wpd