UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH C. STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANLEY L. SNIFF, et al.,<br><br>　　　　Defendants. | Case No. CV 13-1153-BRO (PJW)<br><br>J U D G M E N T |

　　Pursuant to the Order Dismissing Action for Failure to Prosecute,

　　JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed without prejudice.

　　DATED:　　October 1, 2014.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd